1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8                   DISTRICT OF NEVADA
9                         * * *
10  WILLIAM SCHMITT,                    )
                                        )
11          Plaintiff,                  )    2:10-cv-1243-GMN-RJJ
                                        )
12  vs.                                 )
                                        )
13  SANDRA FILLING, etc., *et al*.,     )    O R D E R
                                        )
14          Defendant,                  )
                                        )

This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as Counsel of Record For Plaintiff on Order Shortening Time (#19).

The Court having reviewed the Motion (#19) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record For Plaintiff on Order Shortening Time (#19) is scheduled for May 2, 2011, at 11:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff William Schmitt must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Plaintiff's shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on the Plaintiff William Schmitt. Proof of compliance with this service requirement must be filed

1 | with the court prior to the scheduled hearing. There is NO EXCEPTION to the service
2 | requirement.
3 |     DATED this __21st__ day of April, 2011.

 

                                                _____
                                                ROBERT J. JOHNSTON
                                                United States Magistrate Judge